# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

NEIL CLEM                                                      PLAINTIFF
#25946-009

v.                            No. 4:21-cv-887-DPM

JOHN STALEY, Sheriff,
Lonoke County and KRISTI
FLUD, Jail Administrator,
Lonoke County                                                 DEFENDANTS

## JUDGMENT

Clem's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2021